1    JOHN F. GARLAND   #117554
     Attorney at Law
2    1713 Tulare Street, Suite 221
     Fresno, California 93721
3
     Telephone: (559) 497-6132
4
     Attorney for Defendant,
5    MANUEL SALVADOR FERNANDEZ-MUNGUIA

6
                 IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9
     UNITED STATES OF AMERICA,        )    Case No.  1: 06-CR-00158 AWI-DLB
10                                     )
            Plaintiff,                  )    STIPULATION TO CONTINUE
11                                     )    STATUS  CONFERENCE
            v.                          )    AND ORDER THEREON
12                                     )
     MANUEL SALVADOR FERNANDEZ-         )    Date:  November 13, 2012
13       MIUNGUIA,                     )    Time: 1:00 p.m.
                                        )     Courtroom Three
14          Defendant.                  )
                                        )    HONORABLE DENNIS L. BECK
15

16       The defendant, MANUEL SALVADOR FERNANDEZ-MUNGUIA, through his

17   counsel, John F. Garland, and the United States of America, through its counsel, Benjamin  B.

18   Wagner, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney,

19   hereby stipulate to continue the defendant's status conference from October 22, 2012  to

20   **November 13, 2012** at **1:00 p.m.** before United States Magistrate Judge Dennis L. Beck. This

21   continuance is necessary to allow the parties additional time to explore resolution of this case

22   without a trial.

23       The parties further stipulate that time is to be excluded under the Speedy Trial Act in that

24   good cause exists and the ends of justice outweigh the interest of the public and the defendant in

25   a speedy trial.

26   Dated: October 9, 2012                      /s/ John F. Garland
                                              JOHN F. GARLAND
27                                           Attorney for Defendant
                                          Manuel Salvador Fernendez-Munguia
28

                                      1

1    Dated: October 9, 2012                               Benjamin B. Wagner
                                                          United States Attorney
2

3                                                         /s/ Kathleen A. Servatius
                                                      By: KATHLEEN A. SERVATIUS
4                                                         Assistant U.S. Attorney

5

6                                      **ORDER**

7          GOOD CAUSE APPEARING, based on the stipulation of the parties,

8    IT IS HEREBY ORDERED that the status conference for defendant MANUEL SALVADOR

9    FERNANDEZ-MUNGUIA  is continued to November 13, 2012 at 1:00 p.m. and that time is

10   excluded from October 22, 2012 to November 13, 2012.

11         IT IS SO ORDERED.

12     **Dated:   October 10, 2012**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28