1 | BENJAMIN B. WAGNER
United States Attorney
2 | KATHLEEN A. SERVATIUS
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>MANUEL SALVADOR FERNANDEZ-MUNGUIA, aka Raul Rincon<br><br>             Defendant. | CASE NO.  1:06-CR-00158 AWI<br><br>**ORDER ON GOVERNMENT'S MOTION TO DISMISS**<br>**Fed. R. Crim. P. 48(a)** |

IT IS HEREBY ORDERED that the charges as to Manuel Salvador Fernandez Munguia, aka Raul Rincon, in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS FURTHER ORDERED THAT defendant Manuel Salvador Fernandez Munguia shall be returned to the custody of the Bureau of Prisons.

IT IS SO ORDERED.

Dated:   November 16, 2012              _____
                                         UNITED STATES DISTRICT JUDGE

Motion to Dismiss, FRCrimP 48(a)                    1